# United States District Court

_____ DISTRICT OF ___MASSACHUSETTS_____

UNITED STATES OF AMERICA

v.

Michelle Carpentier
91 Spring Street
Manville, R.I. 02838-1307
dob: 10-20-65

**CRIMINAL COMPLAINT**
CASE NUMBER:

03-1775- CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 28, 2002__ in ___Worcester___ County, in the _____ District of ___Massachusetts___ defendant, (Track Statutory Language of Offense) being a United States Postal Service employee, removed and stole articles contained in mail, intended to be conveyed by mail, or carried or delivered by any carrier, agent or other person employed in any department of the Postal Service.

in violation of Title __18__, United States Code, Section(s) __1709__.

I further state that I am a(n) __Postal Inspector__ and that this complaint is based on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__12-30-03_____ at ___Worcester, Massachusetts___
Date                                                                          City and State

CHARLES B. SWARTWOOD, UNITED STATES MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer                                                  Signature of Judicial Officer