# MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: January 23, 2004 |
| Courtroom Clerk: Roland | Time In Court: 15 min |
| Case: USA v. Michelle Carpentier | Case Number: 03-1775 CBS |
| AUSA: Casey for Connolly | Defense Counsel: Watkins |
| PTSO/PO: Vangie | Recording Time: 2:31 P |

## TYPE OF HEARING

**[X] Initial Appearance**
- [ ] Arrested: [ ] on warrant [ ] on probable cause
- [ ] Defendant Sworn
- [X] Advised of Charges
- [X] Advised of Rights
- [X] Requests Appointment of Counsel
- [ ] Retained Counsel
- [X] Court Orders Counsel be Appointed
- [ ] Government Requests Detention & Continuance

**[ ] Arraignment**
- [ ] Defendant Waived Reading of Indictment
- [ ] Defendant Pleads Not Guilty to Counts _____

**[ ] Removal Hearing/Rule 40**
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Ordered Removed to Charging District. Order to Issue.
- [ ] Defendant Released, Conditions Remain/ Modified/Set
- [ ] Identity Established

**[ ] Preliminary Examination (Rule 5 or Rule 32.1)**
- [ ] Probable Cause Found
- [ ] Identity Established
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Waives Preliminary Examination

**[ ] Bail Hearing**
- [ ] Bail Revoked, Defendant Ordered Detained
- [ ] Defendant Released, Conditions Remain/Modified
- [ ] Defendant Released on unsecured bond with Conditions

**[ ] Detention Hearing**
- [ ] Defendant Requests a Continuance
- [ ] Defendant Consents to Voluntary Detention
- [ ] Defendant Detained, Order to Issue
- [ ] Defendant Released on _____ with conditions
- [ ] Detention Taken Under Advisement

**[ ] Preliminary Probation Revocation Hearing**
- [ ] Defendant Ordered Detained
- [ ] Defendant Released

**[ ] Miscellaneous Hearings**
- [ ] Attorney Appointment Hearing
- [ ] Change of Plea (Rule 11) Hearing
- [ ] Material Witness Hearing
- [ ] Motion Hearing
- [ ] _____ Status Conference
- [ ] Other _____

## CONTINUED PROCEEDINGS

Probable Cause Hearing (IN BOSTON) set for 2/6/04 at 10:00 am

## REMARKS

Case called, Counsel and Defendant appear for Initial Appearance, The Gov't is not seeking detention, Dft released on conditions