UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-CR-40004-NMG |
| ) | |
| v. ) | Violation: |
| ) | 18 U.S.C. § 1709 |
| MICHELLE CARPENTIER ) | (Theft of Mail by Postal Employee) |
| ) | |

## INDICTMENT

COUNT ONE: (18 U.S.C. § 1709 - Theft of Mail by Postal Employee)

The United States charges that:

On or about December 28, 2002, in Uxbridge, in the District of Massachusetts,

**MICHELLE CARPENTIER,**

defendant herein, being an employee of the United States Postal Service, did steal, abstract and remove articles and things contained in letters and mail entrusted to her and which came into her possession intended to be conveyed by mail.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, February 18, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
12:49p