```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,
          Plaintiff,
v.
                                CR 04-40004 NMG

MICHELLE CARPENTIER,
          Defendant,
```

ORDER OF APPOINTMENT OF COUNSEL

January 20, 2004

SWARTWOOD, M.J.

It is hereby ORDERED that Timothy Watkins of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

```
                       CHARLES B. SWARTWOOD, III
                       MAGISTRATE JUDGE

                       By the Court:


                       /s/ Lisa B. Roland
                       Lisa B. Roland
                       Deputy Clerk
```