UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
UNITED STATES OF AMERICA,         )
                                  )
                                  )
        v.                        )   CRIMINAL ACTION
                                  )   NO. 04-40004-NMG
MICHELLE CARPENTIER,              )
        Defendant,                )
                                  )
_____)

FINAL STATUS REPORT
April 14, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Gorton, J. to whom this case is assigned:

1. Rule 11 Hearing

Counsel for the parties have requested that this case be returned to Judge Gorton for a Rule 11 hearing. I have granted that request.

2. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 26, 2004 (date of expiration of prior order of excludable time) through April 13, 2004 (date on which counsel notified the Court that the case will be resolved by a change of plea). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, June

<u>22, 2004</u>.

                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE