UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
         v.                    )     CRIMINAL ACTION
                               )     NO. 04-40004-NMG
MICHELLE CARPENTIER,           )
         Defendant,            )
_____)
```

ORDER OF EXCLUDABLE TIME
April 14, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 26, 2004 (date of expiration of prior order of excludable time) through April 13, 2004 (date by which counsel notified the Court that the case will be resolved by a change of plea) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE