**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**<u>UNITED STATES OF AMERICA,</u>**   Criminal Case

NO. <u>04-40004-NMG</u>

V.

**<u>Michelle Carpentier,</u>**
     **Defendant**

**<u>NOTICE</u>**

<u>GORTON,   D.J.</u>

PLEASE TAKE NOTICE that the above-entitled case has been SET for <u>     Rule 11 Hearing     </u> on <u>TUESDAY   MAY 11, 2004     </u> at <u>  3:00PM  </u> before Judge <u>     GORTON     </u> in U.S. District Court, WORCESTER,  MA.


<u>    4/21/04           </u>          /S/ MARTIN CASTLES
        Date                      **Deputy Clerk**
                                  **508-929-9904**

**Notice mailed to:**
**Counsel of record**
**Probation**
**Pretrial**
**U.S. Marshals**